No. 04–7838. Davis v. United States. C. A. 11th Cir. Certiorari denied.

No. 04–7841. Dominguez-Ochoa v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–7842. Castaneda-Martinez v. United States. C. A. 5th Cir. Certiorari denied.

No. 04–7845. Lott v. Davis, Warden. C. A. 6th Cir. Certiorari denied.

No. 04–467. Pearson Education, Inc. v. National Labor Relations Board. C. A. D. C. Cir. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 04–677. Dailey v. Bank of America. C. A. 9th Cir. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 04–7355. Liggon, aka Liggon-Redding v. National City Mortgage. Super. Ct. Pa. Certiorari denied. Justice Breyer took no part in the consideration or decision of this petition.

No. 04–7447. Ruimveld v. Birkett, Warden. C. A. 6th Cir. Certiorari before judgment denied.

No. 03–1624. Heldt v. Michigan, *ante*, p. 816;
No. 03–10462. Hill v. United States, 542 U. S. 928;
No. 03–10692. Miller v. United States, *ante*, p. 845;
No. 03–11007. Arora v. United States, *ante*, p. 863;
No. 04–197. Kilcullen v. Lewis et al., *ante*, p. 1000;
No. 04–493. Netzer v. Wisconsin, *ante*, p. 1003;
No. 04–5703. Paris v. Southwestern Bell Telephone Co., *ante*, p. 1005;

No. 04–5908. SCOTT *v.* PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE, *ante,* p. 1022;

No. 04–6009. BROWN *v.* DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY, *ante,* p. 962;

No. 04–6170. IN RE SCRUGGS, *ante,* p. 978;

No. 04–6275. WALKER *v.* FAMILY INDEPENDENCE AGENCY, *ante,* p. 991;

No. 04–6406. SANDERS *v.* MARYLAND ET AL., *ante,* p. 1006;

No. 04–6423. IN RE NORMAN, *ante,* p. 978;

No. 04–6594. PERKINS *v.* LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL., *ante,* p. 1024;

No. 04–6613. ANDERSON *v.* SIZER, COMMISSIONER, MARYLAND DIVISION OF CORRECTION, ET AL., *ante,* p. 1024;

No. 04–6614. BURTON *v.* CLEVELAND OHIO EMPOWERMENT ZONE ET AL., *ante,* p. 1024;

No. 04–6662. DUNCAN *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS, ET AL., *ante,* p. 1025;

No. 04–6927. IN RE JOHNSON, *ante,* p. 999; and

No. 04–7069. ROGERS *v.* UNITED STATES, *ante,* p. 1029. Petitions for rehearing denied.

## JANUARY 25, 2005

No. 03–1443. HILL *v.* LOCKHEED MARTIN LOGISTICS MANAGEMENT, INC. C. A. 4th Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 04–8320 (04A653). IN RE KUNKLE. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 04–8311 (04A649). KUNKLE *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STE-